UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIDNEY B. HARR and ) <br> CRYSTAL GAIL MANGUM ) <br>        Plaintiffs ) <br> ) <br> v. ) <br> ) <br> SATANA DEBERRY, Durham ) <br> District Attorney ) <br>        Defendant ) | **JUDGMENT** |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 17, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction pursuant to Rule 12(b)(1).

**This Judgment Filed and Entered on July 17, 2025, and Copies To:**
Sidney B. Harr / Crystal Gail Mangum (via US mail)
Elizabeth Curran O'Brien (via CM/ECF Notice of Electronic Notification)


July 17, 2025                      PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk